| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| OF MARYLAND | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| Petitioner | * | |
| | * | Misc. Docket AG |
| v. | * | |
| | * | No. 10 |
| JOHN J. SULLIVAN, JR. | * | |
| | * | September Term, 2014 |
| Respondent | * | |
| | * | |

*************************************************

## ORDER

Upon consideration of the Joint Petition for Disbarment By Consent filed herein pursuant to Maryland Rule 16-772, it is this ___16th___ day of _____July_____, 2014,

ORDERED, by the Court of Appeals of Maryland, that John J. Sullivan, Jr., Respondent, be, and he hereby is, disbarred by consent from the practice of law in the State of Maryland, effective immediately; and it is further

ORDERED, that the Clerk of this Court, in accordance with Rule 16-772(d), shall strike the name of John J. Sullivan, Jr. from the register of attorneys in this Court and certify to the Trustees of the Client Protection Fund of the Bar of Maryland and the clerks of all courts in this State that the name of John J. Sullivan, Jr. has been so stricken.

/s/ Glenn T. Harrell, Jr.
Senior Judge